## Russell Curl, Minor, by Alfred C. Curl, Father and Next Friend, Appellee, v. City of Chicago, Appellant.

Gen. No. 43,869.

332

opinion filed
February 3, 1947; rehearing denied February 17, 1947; released for
publication February 17, 1947. Barnet Hodes, Corporation Counsel, for
appellant; J. Herzl Segal and L. Louis Karton, Head of Appeals and
Review Division, Joseph C. Stastny and Sydney R. Drebin, Assistant
Corporation Counsel, of counsel; Barnie E. Frankel, for appellee.
Opinion by PRESIDING JUSTICE O'CONNOR. Not to be published in full.